IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-1154-WKW [WO] |
| | ) |
| SANTA FE PROTECTIVE SERVICES, INC., | ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The court has been advised that the parties reached a settlement in this matter. Accordingly, it is ORDERED that the parties file a joint stipulation of dismissal, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, on or before **March 14, 2011**.

It is further ORDERED that this case is REMOVED from the March 14, 2011 term of court in Montgomery, Alabama, and that the parties are RELIEVED from complying with all impending trial deadlines.

DONE this 1st day of March, 2011.

                                                           /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE