IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-1154-WKW [WO] |
| | ) |
| SANTA FE PROTECTIVE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 65), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41, on the terms set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 16th day of March, 2011.

                /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE